IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WINSTON HOLLOWAY**                                                                                    **PLAINTIFF**
**ADC #67507**

v.                            **CASE NO: 5:15-CV-00335 BSM**

**RANDY WATSON, et al.**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE